2100 B (12/15)

# United States Bankruptcy Court

Western District of Texas
Case No. 10-54625-rbk
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer Crystal Banis
7103 Larksong
San Antonio TX 78238

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/10/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: United Credit Recovery, LLC, PO Box 953245, Lake Mary, FL 32495 | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/16/16

Yvette M Taylor
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Texas

In re:  
Jennifer Crystal Banis  
    Debtor

Case No. 10-54625-rbk  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: castleber     Page 1 of 1     Date Rcvd: Nov 14, 2016  
                       Form ID: trc     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
14904069     ##+United Credit Recovery, LLC,    PO Box 953245,    Lake Mary, FL 32795-3245  
                                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:

         Gary W. Wright    on behalf of Creditor    Internal Revenue Service Gary.Wright@usdoj.gov, Jennifer.gaare@usdoj.gov  
         Heidi McLeod    on behalf of Debtor Jennifer Crystal Banis heidimcleodlaw@gmail.com, heidi.igotmail@gmail.com  
         Jan Perry Lederer    on behalf of Debtor Jennifer Crystal Banis janperrylederer@yahoo.com, igotnotices@sbcglobal.net;jpllaw@sbcglobal.net;jpllaw@hotmail.com  
         Jeffrey Fleming    on behalf of Creditor    Wells Fargo Bank, NA wdecf@BDFGROUP.com  
         Mary A. Daffin    on behalf of Creditor    Wells Fargo Bank, NA wdecf@BDFGROUP.com  
         Mary K Viegelahn    documents@sach13.com  
         Mitchell J. Buchman    on behalf of Creditor    Wells Fargo Bank, NA wdecf@BDFGROUP.com  
         United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov  
                                                                                                       TOTAL: 8